Case 2:23-cv-00057    Document 60    Filed on 03/28/25 in TXSD    Page 1 of 1

United States District Court
Southern District of Texas
**ENTERED**
March 28, 2025
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| LORA LEE EVERETT, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 2:23-CV-00057 |
| | § | |
| BONNIE SANTOS, | § | |
| | § | |
| Defendant. | § | |

## FINAL JUDGMENT

Pursuant to the "Parties' Joint Stipulation of Dismissal" (D.E. 59), the Court enters final judgment dismissing this action with prejudice.

**ORDERED** on March 28, 2025.

NELVA GONZALES RAMOS
UNITED STATES DISTRICT JUDGE